STATE OF NEW JERSEY v. ROBERTO BOTA VASQUEZ.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST WILSON.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LIMITE.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JONATHAN SMITH.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNON S. SIMMONS.

July 11, 1989.

Petition for certification denied.